IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE, INC, | No. C -13-01431(EDL) |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| FERNANDO MORALES, ET AL, | |
| Defendant. | |

For good cause shown, the Court GRANTS the parties Stipulated Request for Extension of Time (Dkt. 9.) The Court sets the following dates:

(1) **June 25, 2013**: The last day to (a) meet and confer re: initial disclosures, early settlement, ADR process section, and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

(2) **June 26, 2013**: The last day for Defendant to file a responsive pleading to Plaintiff's complaint.

(3) **July 11, 2013**: The last day to (1) file the Rule 26(f) Report; and (2) complete initial disclosures or state objection in the Rule 26(f) Report.

(4) **July 16, 2013**: The last day for the parties to file a case management report; and

(5) **July 23, 2013** at **10:30 a.m.**: Case Management Conference in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 13, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

2