STEVEN C. CARLSON (Bar No. 206451)
scarlson@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94025
Telephone (650) 453-5170
Facsimile (650) 453-5171

Attorneys for Plaintiff
SQUARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SQUARE, INC.,<br><br>            Plaintiff,<br>   v.<br><br>FERNANDO MORALES and JOHN DOE,<br><br>            Defendants. | Case No. CV-13-01431 (EDL)<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 19, 2013            Kasowitz, Benson, Torres & Friedman LLP


By:   */s/ Steven C. Carlson*
      Steven C. Carlson
      Attorneys for Plaintiff
      SQUARE, INC.