1  STEVEN C. CARLSON (Bar No. 206451)
   scarlson@kasowitz.com
2  JOSEPH B. SHEAR (Bar No. 262222)
   jshear@kasowitz.com
3  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
4  Redwood Shores, California 94025
   Telephone (650) 453-5170
5  Facsimile (650) 453-5171

6  Attorneys for Plaintiff
   SQUARE, INC.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | SQUARE, INC., | Case No. CV-13-01431 (SBA)
14 | Plaintiff, | **STIPULATION AND] ORDER TO EXTEND TIME FOR THE BRIEFING ON FERNANDO MORALES' MOTION TO DISMISS**
15 | v. |
16 | FERNANDO MORALES, et al., |
17 | Defendants. |

Pursuant to Civil L.R. 6-2, Plaintiff Square, Inc. ("Square") and Defendant Fernando Morales ("Mr. Morales") hereby stipulate[1] through their respective counsel of record as follows:

WHEREAS, on June 25, 2013, Mr. Morales filed a Notice of Motion and Motion To Dismiss And Memorandum Of Points And Authorities In Support Thereof ("Motion")

WHEREAS, pursuant to Civil L.R. 7-3, Square's opposition to Mr. Morales' Motion is due on July 9, 2013 and Mr. Morales' reply in support of its Motion is due on July 16, 2013;

WHEREAS, the case was reassigned to the Honorable Saundra Brown Armstrong after the Motion was noticed;

WHEREAS, the hearing date has been set for August 27, 2013 at 1:00 p.m.;

WHEREAS, the initial Case Management Conference is scheduled for August 28, 2013, at 3:00 p.m.;

WHEREAS, no trial date has yet been set in this action;

WHEREAS, the parties have not previously extended the time for briefing on Mr. Morales' Motion;

WHEREAS, this extension will not affect or change the other dates currently scheduled by the Court;

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2, that:

- The time to file Square's opposition to Mr. Morales' Motion is extended until July 19, 2013;
- The time to file Mr. Morales' reply in support of its Motion is extended until August 9, 2013;

IT IS SO STIPULATED.

---

[1] Defendant's stipulation does not constitute a general appearance and does not waive any affirmative defenses, counterclaims or other objections under Rule 12 of the Federal Rules of Civil Procedure.

1  Dated: July 8, 2013

2  Kasowitz, Benson, Torres & Friedman LLP      Murray & Associates

4  By:  */s/ Joseph B. Shear*                    By:  */s/ Ian E. Cohen*
     Steven C. Carlson                              Frank Falkenburg
5    scarlson@kasowitz.com                          1781 Union Street
     Joseph B. Shear                                San Francisco, CA  94123
6    jshear@kasowitz.com                            ffalkenburg@unionstlaw.com
     333 Twin Dolphin Drive, Suite 200              Telephone:  (415) 673-0555
7    Redwood Shores, California 94025               Facsimile:  (415) 928-4084
     Telephone (650) 453-5170
8    Facsimile (650) 453-5171
                                                    Daniel R. Scardino
9    Attorneys for Plaintiff                        Ian E. Cohen
     SQUARE, INC.                                   REED & SCARDINO LLP
10                                                  301 Congress Avenue, Suite 1250
                                                    Austin, TX  78701
11                                                  dscardino@reedscardino.com
                                                    icohen@reedscardino.com
12                                                  Telephone:  (512) 474-2449
                                                    Facsimile:  (512) 474-2622
13
                                                    Attorneys for Defendant
14                                                  FERNANDO MORALES

19       I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing

20  of this document has been obtained from the other signatories.

21  Dated: July 8, 2013

22                                                  */s/ Joseph B. Shear*
23                                                  Joseph B. Shear

1 **ORDER**

2 **PURSUANT TO STIPULATION IT IS ORDERED THAT**

3
4 The time to file Square, Inc.'s opposition to Fernando Morales' Motion To Dismiss is
5 extended until July 19, 2013; and the time to file Mr. Morales' reply in support of its Motion To
6 Dismiss is extended until August 9, 2013.

7 Dated: 7/9/13

*[signature]*

Honorable Saundra D. Armstrong
8 United States District Judge