1  STEVEN C. CARLSON (Bar No. 206451)
   scarlson@kasowitz.com
2  JOSEPH B. SHEAR (Bar No. 262222)
   jshear@kasowitz.com
3  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
4  Redwood Shores, California 94025
   Telephone (650) 453-5170
5  Facsimile (650) 453-5171

6  Attorneys for Plaintiff
   SQUARE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| SQUARE, INC., | Case No. CV-13-01431 (SBA) |
|---|---|
| Plaintiff, | **STIPULATION AND] ORDER TO EXTEND TIME FOR THE BRIEFING ON FERNANDO MORALES' MOTION TO DISMISS** |
| v. | |
| FERNANDO MORALES, et al., | |
| Defendants. | |

STIP. TO EXTEND TIME FOR THE BRIEFING
ON MORALES' MOTION TO DISMISS

CASE NO. 13-01431(SBA)

1  Pursuant to Civil L.R. 6-2, Plaintiff Square, Inc. ("Square") and Defendant Fernando Morales ("Mr. Morales") hereby stipulate[1] through their respective counsel of record as follows:

WHEREAS, on June 25, 2013, Mr. Morales filed a Notice of Motion and Motion To Dismiss And Memorandum Of Points And Authorities In Support Thereof ("Motion")

WHEREAS, pursuant to Civil L.R. 7-3, Square's opposition to Mr. Morales' Motion is due on July 9, 2013 and Mr. Morales' reply in support of its Motion is due on July 16, 2013;

WHEREAS, the case was reassigned to the Honorable Saundra Brown Armstrong after the Motion was noticed;

WHEREAS, the hearing date has been set for August 27, 2013 at 1:00 p.m.;

WHEREAS, the initial Case Management Conference is scheduled for August 28, 2013, at 3:00 p.m.;

WHEREAS, no trial date has yet been set in this action;

WHEREAS, the parties have not previously extended the time for briefing on Mr. Morales' Motion;

WHEREAS, this extension will not affect or change the other dates currently scheduled by the Court;

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2, that:

- The time to file Square's opposition to Mr. Morales' Motion is extended until July 19, 2013;
- The time to file Mr. Morales' reply in support of its Motion is extended until August 9, 2013;

IT IS SO STIPULATED.

---

[1] Defendant's stipulation does not constitute a general appearance and does not waive any affirmative defenses, counterclaims or other objections under Rule 12 of the Federal Rules of Civil Procedure.

1  Dated: July 8, 2013

2  Kasowitz, Benson, Torres & Friedman LLP     Murray & Associates

3

4  By:  */s/ Joseph B. Shear*                  By:  */s/ Ian E. Cohen*
       Steven C. Carlson                              Frank Falkenburg
5      scarlson@kasowitz.com                          1781 Union Street
       Joseph B. Shear                                San Francisco, CA  94123
6      jshear@kasowitz.com                            ffalkenburg@unionstlaw.com
       333 Twin Dolphin Drive, Suite 200              Telephone:  (415) 673-0555
7      Redwood Shores, California 94025              Facsimile:  (415) 928-4084
       Telephone (650) 453-5170
8      Facsimile (650) 453-5171
                                                       Daniel R. Scardino
9      Attorneys for Plaintiff                         Ian E. Cohen
       SQUARE, INC.                                    REED & SCARDINO LLP
10                                                     301 Congress Avenue, Suite 1250
                                                       Austin, TX  78701
11                                                     dscardino@reedscardino.com
                                                       icohen@reedscardino.com
12                                                     Telephone:  (512) 474-2449
                                                       Facsimile:  (512) 474-2622
13
                                                       Attorneys for Defendant
14                                                     FERNANDO MORALES

15

16

17

18

19       I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing

20  of this document has been obtained from the other signatories.

21  Dated: July 8, 2013

22                                                      */s/ Joseph B. Shear*
23                                                       Joseph B. Shear

24

25

26

27

28

1 | **ORDER**

2 | **PURSUANT TO STIPULATION IT IS ORDERED THAT**

The time to file Square, Inc.'s opposition to Fernando Morales' Motion To Dismiss is extended until July 19, 2013; and the time to file Mr. Morales' reply in support of its Motion To Dismiss is extended until August 9, 2013.

Dated:  7/9/13

_____
Honorable Saundra D. Armstrong
United States District Judge