Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Square, Inc.,

           Plaintiff(s),

v.

Fernando Morales and John Doe,

           Defendant(s).

Case No: 4:13-1431-SBA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven Paul Tepera, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fernando Morales in the above-entitled action. My local co-counsel in this case is Frank Falkenburg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Reed & Scardino LLP, 301 Congress Ave., Suite 1250, Austin, Texas 78701 | Murray & Associates, 1781 Union St. San Francisco, CA 94123 |
| MY TELEPHONE # OF RECORD: (512) 474-2449 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 673-0555 |
| MY EMAIL ADDRESS OF RECORD: stepera@reedscardino.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: FFalkenburg@unionstlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24053510.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8/23/2013

                            Steven Paul Tepera
                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven Paul Tepera is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/26/2013

                            *Saundra B. Armstrong*
                            UNITED STATES DISTRICT MAGISTRATE JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Steven Paul Tepera**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2006.

I further certify that the records of this office show that, as of this date

**Steven Paul Tepera**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 21st day of August, 2013.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 0821B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.